Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

___Middle_ District of _Florida___

___Ocala_____ Division

|  |  |
|---|---|
| JUNIOR ORLANDO ANDREW | Case No. $5:23-Cv-102-TJC-PRL$ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | |
| WASTE PRO OF FLORIDA, INC. | |
| WASTE PRO USA INC. | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JUNIOR ORLANDO ANDREW |
| Street Address | 79 DOGWOOD LOOP |
| City and County | OCALA,      MARION |
| State and Zip Code | FLORIDA  34472 |
| Telephone Number | (352) 441-6700 |
| E-mail Address | jrandrew40@yahoo.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                    WASTE  PRO  OF  FLORIDA  INC.

Job or Title *(if known)*

Street Address                          2101  W.  STATE  ROAD   434  SUITE  315

City and County                         LONGWOOD    ,     SEMINOLE

State and Zip Code                      FLORIDA    32779

Telephone Number                        (407) 869-8800

E-mail Address *(if known)*

Defendant No. 2

Name                                    WASTE    PRO   USA INC.

Job or Title *(if known)*

Street Address                          408  CYPRESS  RD.  STE.  100

City and County                         OCALA    ,  MARION

State and Zip Code                      FLORIDA   34472

Telephone Number                        (352) 624-3100

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C.    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | WASTE PRO USA, INC. |
| Street Address | 408 CYPRESS Rd. STE.100 |
| City and County | OCALA   MARION |
| State and Zip Code | FLORIDA 34472 |
| Telephone Number | (352) 624-3100 |

II.    **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:
FAIR LABOR STANDARDS ACT OF 1938,29 U.S.C§ 216(b)

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III.     **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☒     Termination of my employment.

☒     Failure to promote me.

☐     Failure to accommodate my disability.

☒     Unequal terms and conditions of my employment.

☒     Retaliation.

☐     Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

2018 OCTOBER 24 - JANUARY 6, 2023

C.     I believe that defendant(s) *(check one)*:

☒     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒     race                    _____

☐     color                   _____

☐     gender/sex          _____

☐     religion               _____

☐     national origin    _____

☐     age *(year of birth)*    _____     *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)
Issued On: 01/11/2023

Junior Andrew
c/o Zane Herman, Esq.
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609

Charge No: 15D-2022-00518
EEOC Representative and email:     FRANK HERNANDEZ
State, Local and Tribal Program Manager
frank.hernandez@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
01/11/2023
Evangeline Hawthorne
Director

Waste Pro USA Inc.
c/o Matthew J. Pearce, Esq.
Stovash Case Tingley
220 North Rosalind Avenue
Orlando, FL 32801

Please retain this notice for your records.

III Statement of ~~Claim~~ Claim

## RETALIATION / TERMINATION

1) January 5, 2023 Junior Andrew talk to Waste Pro USA Inc. human resource concerning five tampering of natural gas leaks of curotto truck and about truck not being safe to driver. Junior Andrew also ask about employee death. Samantha district human resource said that she was going to investigate gas leaks of truck. Junior Andrew told to take January 6, 2023 off while doing investigation. On January 6, 2023 Samantha called and Junior Andrew to come in to meet with her at 230pm. At meeting which include Joe Lourenco(manager) Samantha stated that Junior Andrew called an employee an uncle tom and said that Waste Pro USA Inc. employees were mafia related. I only ask human resource Samantha about mafia related, because after the seeing word made man tattoo on supervisor arm. Joe Lourenco fabricated story. Human Resource Samantha then stated that Junior Andrew was terminated for conduct, for saying uncle tom and mafia related.

2) Junior Andrew made complains about employees spitting on personal vehicle, cutting value stem on tire of SUV, drawing a picture of a penis on hood of Junior Andrew personal SUV. Gas lines on commercial work truck being tamper to explode 5 times and cut seal on cylinder to leak hydraulic fluid on muffler to ignite to catch cab on fire, Waste Pro USA Inc. never investigate those complains and others Junior Andrew told manager and staff about.

3) Junior Andrew never had a disciplinary report filed on him.

2           Failure to Promote me

1) February 2019 to December 2019 Junior Andrew was front end loader truck driver, was moved to side loader truck and again moved to curotto truck driver but was still classified and paid as a rear loader truck driver which is a starting position at Waste Pro USA Inc. Mean time other race





Failure to Promote —

Exhibit A

June 15, 2022

III Statement of Claim

2

are paid higher wages for such work done, example hispanic Carlos Rivera front end loader

wage. Caucasian Douglas Jollimore curotto truck driver wage higher

2) March 4, 2022 Waste Pro USA Inc.  building clocking out Junior Andrew ask Manager Joe

Lourenco about raises manager stated that I am always bitching, I am one of highest paid

worker and I need to stop coming to work miserable.

3) March 16, 2023 by truck #982 ask Joe Lourenco(manager) why blacks did not get promoted to

higher paying jobs of rolloff and front end loader and why when ( I)Junior Andrew was driving

front end loader there was no help with routes and now there are three people doing it and

making more money stated "that I didn't think you all would want to wakeup early.

4) Waste Pro USA Inc. give a 3 years safety bonus of $10000 to drivers with clean  driving record

and safety record; month that Junior Andrew was to receive award Robert Mclean and Joe

Lourenco falsify paper documents saying I hit pole and cause $1200 worth of damage to wires.

EXHIBIT A

3                                    RETALIATION

On July 9, 2019 Junior Andrew reported to former district Human Resource Ms. Beth about

14,15,16,17 long hours working and ask for help  before I kill someone or myself while driving Waste Pro

USA Inc. front end loader truck. Ms. Beth came and filed report.

Everytime Junior Andrew would talk to someone in corporate office or lawyer about working

conditions at Ocala Waste Pro USA, employees would retaliate against Junior Andrew. After seeing

a pattern of truck mishap and saying this no failure to truck, Junior Andrew started taking notes and

dates of retaliations.

TRUCK

1) Employees would disable cameras in work that are for safety reasons and one for backing up.

2) July 11, 2019 employees cut hoses to make hydraulic leaks. Exhibit 1

III Statement of Claim

3) Employees would tamper with brakes after getting them fix.

4) November 8, 2021 Junior Andrew was sick and reported it to the supervisors Steve and Robert Mclean

stated I would have to bring a doctor's note if I take off. Although Junior Andrew had sick time to use, I

stated that other employees that call in sick didn't need a note from doctor. I call Joe Lourenco he

said I needed a note also. Junior came to work next Day.

5) March 5, 2022 truck Curotto #982 bucket dumpster control slide arm was tampered with, mechanic

said he couldn't fix it. When telling him how to fix it we got into an argument and was called a Bitch.

Caucasian worker told manager Joe Lourenco that I said Caucasians worker were good ole boy and only

help other Caucasians. Manager was trying to discipline about what took place after explaining my side

and seen I didn't start it. See Exhibit 2

6) June 15, 2022 Robert Mclean and Joe Lourenco falsify documents about damage pole and wire so

Junior Andrew didn't receive safety bonus of $10000. See Exhibit 3

7) June 21, 2022 Employees took screw out of grill of truck See Exhibit 4

8) July 11, 2022 Employees place book uses to write routes down was place on motor of truck to catch

on fire. See Exhibit 5

9) August 23, 2022 Back from Funeral, rear door on curotto truck opened up causing materials to spill,

only happens when someone hits the control button after closing.

10) August 25, 2022 Sponge was found in between part of motor hoping it would start fire.

 11) September 12, 2022 Hole was put in cylinder seal on front end lifter to make hydraulic fluid leak on

to muffler to start fire (there is a youtube video of a worker getting burnt in garbage truck cab when it

catches on fire from leaking hydraulic fluid.

III   Statement of Claim

12) September 20, 2022   Cylinder hose broke behind blade of truck looked like it was tamper and cut to fail when Junior Andrew clean behind blade.(same week a Waste Pro USA Inc. employee at other location was killed by blade decapitate him.

13) October7,2022 Bolts was loosen to come off front end Fork arm that holds dumpster bucket. One bolt was missing.

14) October 13,2022 Truck curotto #982 Compress Natural Gas or cng Junior Andrew smelled

gas,  mechanic said there was no leak. Finally supervisor smelled gas. Truck was tamper with to

explode. Corporate CNG mechanic    came to fix. Exhibit 6

15) October 14, 2022 Truck curotto#982 Had oil change done.

16) October 17, 2022 #982 Driving started leaking oil, a gallon of oil leaked for 2 month

anytime I drove truck.

16b) October 19, 2022, Joe Lourenco came out on route and ask me Junior Andrew why I said Truck are being sabotage. Told Him about oil leak and more.

17) October 24, 2022  Personal SUV employees cut front tire valve stem that my tire was flat and did not blow back up.

18) November 7,2022 Employees draw a picture of a Penis with writing on front of hood of personal SUV.

19) Everytime I reported it,nothing was done.

20) November 7, 2022 #982 truck employee tamper with gas lines     weeks ago, was

tamper to explode again(was fix on 10-13-22)

21) November 10,2022 Sent out in hurricane in rear loader ,which I had to get out and dumps Cans , others rear loader trucks were told to go home or told not to come in to work.

22) November 14,2022 -Personal SUV truck was spitted on rear right window.

23) November 19,2022 Personal SUV truck ,air was let out of tires left rear.

24) November 21, 2022 Personal SUV truck air was let out of right rear tire.

25) November 12,2022 In Sanford told Head  Safety Personal what was happen to trucks . so

they started tamper with personal SUV.

26. January 2, 2023 Truck #10920 had brake problem, Junior Andrew had them fix. On January 3, 2023

Brakes were tampered almost cause wreck because delay in braking.

27)   April 2022 ; Herndando Elementary Citrus County School teacher question daughter about Junior   Andrew working at Waste Pro USA Inc. , after visiting daughter her grade when down and was failed retaining her to the 4th grade.

28)   Junior Andrew  Waste Pro USA Inc. employees by use of phone constantly call Junior Andrew phone using App to disguise voices to harass

Thu, July 11, 2019
ANDREW
FRONT END LOADER TRUCK
Hydraulic Leak

Exhibit #1



ANDREW
MARCH 15, 2022
Curotto Truck
Bucket Dumpster
Controled Slide Truck was
Mess WITH

EXHIBIT #2



June 15, 2022
Waste Pro USA
STATE I Damage
Wires and Pole



EXHIBIT #3

June 21, 2022
Screw taken out
of Truck Grill



EXHIBIT #4

Mon, July 11, 2022
WASTE PRO USA,
Route Book Found on Motor,
To Catch on fire



EXHIBIT #5

10-13-22
Cucotto Truck
Gas Leak
Natural Gas

EXHIBIT #:



The Fact of My Case Are As Follows:

From 2018 – 2023 Waste Pro USA Inc. , Discriminated  against JUNIOR ORLAND ANDREW  as following will show:  Attachments

1) EEOC Charge Files
2) FCHR Forms and Investigation Questions and Answers
3) Waste Pro USA Inc, Lawyer Matthew J Peace, Esq. , Questions and Junior Andrew Responses.
4) Documents, falsify by Waste Pro USA Inc. of hours work and position statement by pay record that were submitted or claim to the FCHR.
5) Attachment pictures of Junior Andrew Driving Front End Loader Truck
6) January 2019 -2023,  Junior Andrew was a driver of a Commercial Vehicle  Curotto Truck, Front End Loader Truck, Side Loader Truck and others Trucks. Junior Andrew was Discriminated in pay , hours work, raises, promotions and Retaliated against because race. Junior Andrew was paid day rate until August 2021, Waste Pro USA Inc. Counsel "stated in Attachments   Question to FCHR. Commercial Driver(such as Mr. Rivera) on the other hand were converted to hourly rates in 2019(regardless of race) because other waste companies started paying hourly rates to that type drivers. Junior Andrew was the Front End Loader Truck from February- December 2019. Carlos Rivera replace Junior Andrew who was paid day rate in 2019. Why didn't Junior Andrew get the same pay?
7) Junior Andrew worked hours of 14,15,16, and 17 when trucks break down without breaks. Waste Pro USA Inc. falsify time sheets and said Junior Andrew worked in 2019, 10.74 hours avg., which is incorrect. ADP Time System Company does Waste Pro USA Inc. clock in System, but Waste Pro USA Inc. did not get time and hours record from ADP Time Systems. See  Attachments

F2

8) After complaining to Corporate Waste PRO USA Inc. Sanford, Fl . about conditions at Ocala Waste Pro USA Inc. employees Retaliate against Junior Andrew by endanger life by Retaliations. See Attachments

9) In Rebuttal statement  Counsel stated that Douglas Jollimore(Caucasian) Driver was not mention as a Residential Driver. Douglas Jollimore was classify as a commercial Driver a Curotto Truck Driver and paid a higher wages. Junior Andrew was a Driver of Curotto Truck,  Front End Loader Truck ,Side Loader Truck, was never paid like commercial Driver Douglas Jollimore and Carlos Rivera. Junior Andrew never got equal pay or compensate for work done in these higher paying position at Waste Pro Inc. was paid at  low end as a Residential Driver and not as Commercial Driver.

10) January 11,2023  Waste Pro USA Inc. counsel and Ocala Waste Pro USA Inc. Manager Joe Lourenco stated that Junior Andrew never drove a Front End Loader Truck. See Attachment

11) January 16, 2023 Waste Pro USA Inc. Counsel and Ocala Waste Pro USA Inc. now said Junior Andrew never finish probationary period for Front End Loader Trucks which is incorrect. Junior Andrew was Driver Front End Loader Truck February-March- December 2019 .

12) January 16,2023 Waste Pro USA Inc. stated that Junior Andrew making false statement and if Junior Andrew continue  Waste Pro USA Inc. will Sue Junior Andrew for Slander.

202234871

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Junior Andrew | (352) 239-1333 | /1970 |

| Street Address | City, State and ZIP Code |
|---|---|
| 79 Dogwood Loop, Ocala, FL 34472 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Waste Pro USA Inc. | 15+ | (352) 624-3100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 408 Cypress Rd, Ocala, FL 34472 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION

[ ] OTHER (Specify)

Earliest: 10/24/2018    Latest: Present

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** Waste Pro USA Inc., ("Waste Pro") is discriminating against me based on my race (African American).

Waste Pro hired me in October 2018 as a "rear loader" for the first few months at a pay of $140 per day, up to 14 hours per day. However, Waste Pro provided Caucasian employees with the option to receive hourly pay – which provided Caucasian employees with a higher salary than African American employees. I escalated my concerns to the Corporate trainer; however, instead of taking remedial action, Waste Pro merely transferred me to train as a front end loader to cover for Mobley Curotto (Front End Loader/Truck Operator, African American) working 14+ hours per day at a flat rate of $145 per day. Meanwhile, Caucasian employees continued to be paid hourly, resulting in Caucasian employees receiving a significantly higher salary while I averaged about $9 per hour.

Several of my African American coworkers, such as Sean (Rear Driver, African American) and Mobley Curotto (Front End Loader/Truck Operator, African American), and I escalated our concerns regarding the discriminatory pay policy and schedule to corporate.

**Continued on page 2**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022 _____ _Junmod_ Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Continued from page 2**

Furthermore, instead of taking remedial action, Waste Pro reprimanded me for my protected escalations out of discriminatory and retaliatory animus. For instance, Robert C. (Supervisor) would call me a racist for pointing out Waste Pro's disparate treatment of African American employees.

Meanwhile, Waste Pro continues to subject me to discriminatory and retaliatory treatment based on my race as compared to my Caucasian counterparts. For instance, most Caucasian employees work for an average of four to eight ours pe rday and often sit at the yard for hours while the other African American employees including myself continue to be forced to work 14+ hours daily. Additionally, Waste Pro continues to promote Caucasian employees to higher paying and less physically demanding jobs and permitting Caucasian employees to clock each other in early and/or out late to falsely create the appearance that Caucasian employees are working more hours than they really are and further pay them higher salaries for less work.

**Statement of Discrimination:** I believe I have been discriminated against because of my race in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act of 1992.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022 Date        *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☒ FEPA ☒ EEOC | |

| Florida Commission On Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Continued from page 1**

However, Waste Pro failed to take remedial action. Instead, Waste Pro further discriminated and retaliated against me by transferring me to a Side Loader Operator position at a pay of $150 per day, up to 12 hours per day and adding additional duties such as working the helper truck for recycling and driving the "Potty Truck" on Fridays; however, Waste Pro continued to provide Caucasian employees with a higher and hourly pay rate. None of my counterparts were subjected to such a heavy workload. Waste Pro replaced my front loader position with Hispanic new hire, Carlos.

*mobley*

As a result of Waste Pro's incessant discriminatory conduct and refusal to take remedial action, Mr. Curotto resigned, and Waste Pro reassigned all of his duties to me – subjecting me to a significantly heavier workload out of discriminatory and retaliatory animus. Despite taking over Mobley's position, Waste Pro was still paying me by the day and did not change my pay rate from $155 a day.

I again escalated my concerns regarding the discriminatory and retaliatory conduct to Joey L. (Manager), Robert C. (Supervisor) and Melissa (Corporate, Caucasian). Instead of taking remedial action, Joey told me to "stop bitching" regarding all the hours I had to work – demonstrating his discriminatory and retaliatory animus toward me.

Eventually, Waste Pro changed the pay to hourly across the board to mask its' discriminatory practices; however, this failed to remedy the discrimination as Waste Pro continues paying non-African American employees a higher pay rate than African American employees. For example, Waste Pro hired Bryan Price (Garbage Truck Driver, Caucasian) and paid him a higher hourly rate despite the fact that he was lesser tenured and lesser experienced than me and despite requiring me to train Mr. Price. Furthermore, not only is Waste Pro paying Mr. Price more, but also, Waste Pro assigns additional employees to assist Mr. Price with his route. By Contrast, Waste Pro forced me to perform the same route without assistance. Similarly, when Waste Pro hired Carlos (Hispanic) to replace me on the Front End Loader duties, it hired Carlos at $25 per hour; however, Waste Pro only paid me $19.75 per hour.

Further demonstrating Waste Pro's ongoing pattern of discriminatory conduct, Joey (manager) provides Caucasian employees with advance notice of upcoming drug tests but does not African American employees with this same notice. Waste Pro also forces me to pump my own hydraulic fuels despite not requiring my Caucasian counterparts, such as Mr. Price, to do the same. Waste Pro also fails to provide African American employees with raises despite giving their lesser experienced Caucasian counterparts raises and a higher initial pay rate.

I again escalated my concerns regarding the incessant discrimination to Joey and asked why Joey did not promote African American employees to higher paying jobs. Joey responded by derogatorily saying, "I didn't think you all would want to wake up that early," demonstrating his discriminatory animus toward African Americans by referring to them as "you all" and clearly perpetuating the discriminatory racial stereotype that African Americans are lazy. **Continued on page 3**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022 _____ *Junwd* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | PERSON FILING CHARGE |
|---|---|
| | Junior Andrew |

| | THIS PERSON (check one) |
|---|---|
| Waste Pro USA Inc. | ☒ CLAIMS TO BE AGGRIEVED |
| | ☐ IS FILING ON BEHALF OF ANOTHER |
| Waste Pro USA, INC. Registered Agent | DATE OF ALLEGED VIOLATION |
| | Earliest          Most Recent |
| 2101 W SR 434 STE315 | May 11, 2022 |
| | PLACE OF ALLEGED VIOLATION |
| Longwood FL 32779 | |
| | EEOC CHARGE NUMBER |
| | 15D2022-00518 |
| | FEPA CHARGE NUMBER |
| | 202234871 |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTIONS WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See attached information sheet for additional information)*

YOU ARE HEREBY NOTIFIED THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

☒ Title VII of the Civil Rights Act of 1964
☐ The Age Discrimination in Employment Act of 1967 (ADEA)
☐ The Americans with Disabilities Act

HAS BEEN RECEIVED BY

☐ The EEOC and sent for initial processing to _____ .
*(FEP Agency)*

☒ The ___Florida Commission on Human Relations___ and sent to the EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon the expiration of any deferral requirement if this is a Title VII or ADA charge) to investigate this charge, EEOC may refrain from beginning an investigation and await the issuance of the Agency's final findings and orders. These final findings and orders will be given weight by EEOC in making its own determination as to whether or not reasonable cause exists to believe that the allegations made in the charge are true.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency in the course of its proceedings will be considered by the Commission when it reviews the Agency's final findings and orders. In many instances the Commission will take no further action, thereby avoiding the necessity of an investigation by both the Agency and the Commission. This likelihood is increased by your active cooperation with the Agency.

☒ As a party to the charge, you may request that EEOC review the final decision and order of the above named Agency. For such a request to be honored, you must notify the Commission in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by the Commission. Regardless of whether the Agency or the Commission processes the charge, the Recordkeeping and Non-Retaliation provisions of Title VII and the ADEA as explained in the "EEOC Rules and Regulations" apply.

For further correspondence on this matter, please use the charge number(s) shown.

☐ An Equal Pay Act investigation (29 U.S.C. 206(d)) will be conducted by the Commission concurrently with the Agency's investigation of the charge.

☒ Enclosure: Copy of Charge

BASIS OF DISCRIMINATION

☒ RACE   ☐ COLOR ☐ SEX   ☐ RELIGION ☐ NAT. ORIGIN ☐ AGE   ☐ DISABILITY ☒ RETALIATION   ☐ OTHER

CIRCUMSTANCES OF ALLEGED VIOLATION

Harassment
Terms/Conditions
Unequal Pay

| DATE | TYPED NAME/TITLE OF AUTHORIZED EEOC OFFICIAL | SIGNATURE |
|---|---|---|
| 5/13/2022 | Roberto Chavez, Acting District Director | |

EEOC FORM 131-A (Rev. 06/92)

EEOC COPY



**U.S. Equal Employment Opportunity Commission**
<u>**Notification & Acknowledgement of Dual-Filed Charge**</u>

(This Notice replaces EEOC FORM 212-A)

05/17/2022

EEOC Number: 15D-2022-00518
FEPA Number: 202234871

This is notice that a charge of employment discrimination, Junior O. Andrew v. Waste Pro USA Inc was initially received by Florida Commission On Human Relations on 05/13/2022 and will be dual-filed with Miami District Office.

Pursuant to the worksharing agreement, the Florida Commission On Human Relations intends to Investigate Charge.

The Miami District Office acknowledges receipt of the referenced charge, Junior O. Andrew v. Waste Pro USA Inc, and intends to Defer Investigation.

Issued by:                                                              Issued on:
Florida Commission On Human Relations                                   05/17/2022

Acknowledged by:                                                       Acknowledged on:
Miami District Office                                                   05/17/2022

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

EEOC-Miami District Office
One Biscayne Tower
Suite 2700
2 South Biscayne Boulevard
Miami, Florida 33131

DATE _____ May 13, 2022

EEOC CHARGE _____ 15D2022-00518

FEPA CHARGE _____ 202234871

SUBJECT: CHARGE TRANSMITTAL

| Junior Andrew | Waste Pro USA Inc. |
|---|---|
| *(Charging Party)* | *(Respondent)* |

Transmitted herewith is a charge of employment discrimination initially received by the:

☐ EEOC      ☒ Florida Commission on Human Relations      May 11, 2022
                  *(Name of FEPA)*                              *(Date of Receipt)*

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☒ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver                    ☐ FEPA waives

☐ No waiver requested                       ☒ FEPA will investigate the charge initially

Please complete the bottom portion of this form to acknowledge receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

| TYPED NAME OF EEOC OR FEPA DIRECTOR | SIGNATURE |
|---|---|
| Cheyanne Costilla, Executive Director | *Cheyanne Costilla* |

| Junior Andrew | Waste Pro USA Inc. |
|---|---|
| *(Charging Party)* | *(Respondent)* |

To whom it may concern:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initally investigate the charge

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this agency's intention to dismiss/close/not docket the charge for the following reason:

| TYPED NAME OF EEOC OR FEPA DIRECTOR | SIGNATURE |
|---|---|
| Roberto Chavez, Acting District Director | |

TO: Florida Commission on Human Relations
4075 Esplanade Way
Tallahassee, Florida 32399

DATE _____

EEOC CHARGE _____ 15D2022-00518
FEPA CHARGE _____ 202234871

EEOC FORM 212 (08/89)

FCHR

*1*

Interview Questions

Please type your responses in red.

1. On what date did you begin your employment with Respondent?
2. At the start of your employment, what was your position and responsibilities in that position?
3. Who was your supervisor at the time of your hire?
4. Were you ever promoted during your employment? If so, on what date did that promotion occur?
   a. What was the title of your new position and what were your responsibilities in that position?
   b. In your new position, was your supervisor the same? If not, what was the new supervisor's name?
5. In your charge you stated that your race played a factor in your discrimination. What is your race?
6. In your charge you stated that your color played a factor in your discrimination. What is your color? Ex. Dark-skinned, light skinned.
7. Were there other employees, the same race / color /as you, working for Respondent? If so, provide the names, titles, and supervisor for these employees working in the same department as you.
8. How were these employees treated compared to you? If any of these employees were treated better than you, please provide examples.
9. Were there any employees who were not the same race / color as you that worked for Respondent? If so, please provide the names of those that held the same position as you. How were they treated compared to you? Did they report to the same Supervisor? If not, provide the name and title of the person they reported to.
10. Did anyone working for Respondent, specifically the individual(s) that you alleged discriminated against you based on

FCHR

2

your race / color, make any negative remarks based on your race? If so, what were they and on what date were these remarks made?

11.    Did you inform anyone that these remarks made you uncomfortable or angry? If so, what is the name(s) of the person(s) that you filed a report with? Did you inform the person who made the remarks of this as well? If so, what was their response to your complaint? Was anything done to rectify the situation? If so, what?

12.    How has Respondent treated employees that have committed similar infractions that Respondent claims you've committed? How were these employees disciplined? What is the race of these employees? How do you know these employees are guilty of committing the same infraction? How did Respondent know the employee committed the infraction? Who supervised these employees?

13.    In your charge form, you stated that you were subjected to different terms and conditions. Are there any additional instances where similarly situated employees were treated differently than you? If so, please provide specific instances where there were similar situations to occur and the outcome was different based on varying race.

14.    If the employee was disciplined, who issued the disciplinary action? What were the disciplinary actions taken, if any?

15.    Have any employees not been disciplined at all for committing the same infraction when they should have been? If yes, describe the infraction and when it occurred. Was any employee with supervisory responsibility aware of the infraction? Identify these employees, their supervisor, and their race. How do you know the employee was guilty of committing the infraction?

16.    Did you report to anyone that you felt as though you were being subjected to different terms and conditions? If so, please state when you filed the report, the contents of the report, and the

FCHR                                    3

name, as well as the title, of the person that the report was filed with. If you did not file a report, please state why you didn't.

17.    You stated that you were harassed while employed with Respondent. Can you please provide details on all harassment that you endured while employed with Respondent? Include the dates of the acts of harassment, the full names of all parties involved, their title, and their race.

18.    Did you inform the people harassing you that you felt harassed by the things said / done to you? If so, how did you express that to them? Was it verbally or in writing? What was their response?

19.    Did you inform anyone in management or HR that you felt as though you were being harassed? If so, when did you file this report? With whom did you make the complaint? Provide their full name, title, department, and race. What were the resolution for your concerns, if any?

20.    You mentioned that you felt as though you were being retaliated against during your employment. What did you do that you felt as though Respondent was retaliating against you for? For ex: Filed a complaint with HR regarding a manager.

21.    What acts occurred that you felt were retaliation? Include the dates the retaliation took place, the parties involved full names, titles, and applicable basis (race, age, sex, national origin, etc.).

22.    Did you report to anyone that you felt you were being retaliated against? Is so, with whom did you file the report and when?

23.    What was the resolution, if any, to your issues? If there wasn't any resolution, what did Respondent say about the complaint?

ANDREW   FCHR

Answer to your questions.        (1) October 24, 2018.                    (2.)
Rear loader driver stayed on the back 13-14 hours or more.        (3) Steve
Gonzales was out on sick leave Acting supervisor was Greg.    (4) A) Curotto
truck, dump cans or karts January 19 2019. Front end loader, dump dumpster
leader in charge Rodney Grant, April 2019. moved rear loader and sider
loader. Lead driver was Robert McLean. November 2020; Curotto Truck
2021 to present; Robert McLean now supervisor.                    4(B)
Answer with (4 A)            (5) Black.                        (6.) Black,
Brown.                    (7) Randolph Mobley (Curotto truck) lead driver
now supervisor.    Shawn Network(rear loader) Steve, supervisor.
Carlton Brown, Justin Williams, Curtis Thornton, Antwan Lane ( rear loader)
Steve supervisor and Helper Rodolph Bernadin all don't like how they are
treated..                    (8) Mad about promotion, pay, treatment, hours,
and work.        (8 B. Curtis got 10000 dollars.        (9) Garret drove front
end loader had a third person helping him and Carlos who replaced me to
work less hours paid more money, now lead driver , now three employees
do the same job I was doing by myself. Brian route is cut shorter , when I
was doing route it was longer and I had to help every truck if broke down. I
was helping with truck that's my job now with Brian no help with truck and
they are paid higher than me . Robert McLean now supervisor..
(10) Robert McLean , Greg, Billy, Doug , Garret , Tyler , Joey Manager said the
boys said I was racist; Someone spit tobacco fluid on truck; mechanic called
me a bitch, manager said I need to stop bitching .
(11) Joey Manager said the boys because I said they only helped Good Ole
boys on route every day and said white privilege when mechanic said I have
to pump my own hydraulic fluid. Ask Joey Manager why me and other black
wasn't promoted to higher paying jobs roll off truck and front end loader
and less stressful jobs.        (12) Would cover up similar infraction no
discipline just tell them . Have heard from fellow employees white
employees would tell lead driver in charge . If under Steve , Joey would
oversee and make go away.                (13) I would work longer
hours with lower pay. Carlos replaced me at Front end loader, was helping

FCHR

on route and pay higher wage, today there are three employees doing same route they had me doing by myself 16, 17 or longer . When I did route they said I was slow..Brian now doing route , Robert McLean have shorten route by given Eli the bigger parts of route and other trucks was helping him before I made it known. Brian do not have to help others in trucks when broken down until they are finished or get misses for all recycling trucks. On Fridays when getting misses I would have to get close to 30 misses and the others have 10 to 15 when I would call corporate.      (14) Steve would do some disciplinary action Joey tell him to do to blacks. Robert would do disciplinary action mad at blacks to get back at them, mostly when it's time for black employees to receive company 10000 safety bonus. Would call employee phones while watching on a web cam and when they pick up while driving they would give disciplinary action also for not going to safety lane. Blacks would get discipline for coming late after working 14-15 hours days. White employees are hardly never disciplined for being on the phone , smoking, being late, most accidents and other violations.                    (15)

Most white employees. Phone on, smoking and accident violations. Doug, Garret, Greg, Billy and older drivers. Joey the Manager would not let Steve discipline white employees. Example Steve seem Doug on webcam smoking several times. Told Joey the Manager about it which is a violation Doug still received the 10000 bonus . I know the employees was guilty because I seen it with my own eyes. Robert McLean was made supervisor in March 2022. And Steve the supervisor of the rear loaders for mostly blacks.

(16) Driving front end loaders told Joey the Manager about the long hours he did nothing. Told HR In Ocala about the long hours I was told to talk to Joey. I called corporate human resources and spoke to district HR beth , filed q report with Beth when she came to Ocala to interview with me with safety director Lawerence. Discussed the long hours, the pay, race and the condition of the job and the retaliation. One lead driver Rodney Grant tried to make me not to talk to HR about the long hours being worked by texting me and telling me about the minor incidents I had. If I tell about what's going on to corporate HR. Around May 2019 was recorded. And new HR

Samantha was also told in 2020. Samantha always say talk to Joey . (17)
Someone spit tobacco in my personal truck. Group in Joey clique will call
phone and hang up Greg, Robert, Billy, Garret, Doug , Ashley all them are
white . Every day while at work they call my phone until this day. They mess
with my work truck , put books on motor hoping it'll catch on fire , disable
camera and back up camera for truck also the gas cng plug messes with the
plug on the truck. Told supervisor Steve about all the stuff they do to me.
(18.)Verbally told supervisor Steve and told Robert about the spitting on the
truck no reply.                              (19.)Management is behind all of this only
person is righteous is Hispanic Steve but he can only do so much while Joey
Manager control everything.                              (20.)HR IN Ocala always say
talk to Joey the manager . I always try to keep my cool , while someone did
the investigation of this company . (21.)Call phone as span with APP app
mess with work truck to break most weeks up until today as well but can't
prove it. Also think they are messing with my daughter in citrus county
school connected to the teachers and staff.                              (22.)Told
supervisor Steve what they are doing to me                              (23.)Manager
Joey says I'm always bitching I asked him about the raise he says I'm the one
of the highest paid. When i ask him of the time about the raises ,
promotions or to higher paying job he tells me I need to stop coming to
work being miserable.

WASTE PRO USA, INC
LAWYER
MATTHEW J. PEARCE, Esq.     Questions 1
Jan. 11. 2023

*"I wanted to address a few items in Mr. Andrew's rebuttal statement sent to the FCHR that we did not discuss during our call last week. We did not receive the rebuttal statement until you emailed it to me so we did not get a chance to file a response with the FCHR.*

*Mr. Andrew's rebuttal statement contends that Waste Pro contradicted itself in its position statement by stating that "all drivers were hired at day rates and that they transitioned to hourly rates on 8/16/2021," while also stating that it hired Jose Carlos Rivera at an hourly rate in December 2019. Mr. Andrew fails to distinguish between Residential Drivers and Commercial Drivers. Waste Pro's position statement stated that all full-time Residential Drivers were paid a day rate until August 2021, which they were, as shown by the pay records that we submitted to the FCHR. Commercial Drivers (such as Mr. Rivera), on the other hand, were converted to hourly rates in 2019 (regardless of race) because other waste companies started paying hourly rates to that type driver.*

*Residential Driver and Commercial Driver are different positions. Commercial Drivers empty dumpsters and roll-off containers at businesses. That position requires more training and experience and commercial drivers are typically paid more. Other haulers began paying commercial drivers an hourly rate several years ago because those types of drivers are more in demand, and Waste Pro followed suit. But Residential Drivers were not converted to hourly rates until 2021, regardless of race. As a result, the comparison between Mr.*

*Andrew and Mr. Rivera in the rebuttal statement is not an apples-to-apples comparison.*

*Mr. Andrew also contends in his rebuttal statement that any pay increases that he received were offset by an increase in the number of hours that he was required to work and thus he was actually paid less after receiving pay increases.  Mr. Andrew also contends that once he received an increase in his day rate from $140 to $150, Waste Pro required Mr. Andrew to work 12 hour days, therefore causing him to be paid less if the day rate is converted to an hourly rate.  Neither of these allegations is borne out by his pay records.  Mr. Andrew's daily hours stayed pretty constant between 2018 and June 2022 (the most recent records that I have).  His average daily hours for that period were as follows:*

*2018:    10.36 hours*
*2019:    10.74 hours*
*2020:    9.32 hours*
*2021:    10.27 hours*
*2022:    11.04 hours*

*A spreadsheet showing Mr. Andrew's hours during that period is attached (this data is from the spreadsheet that we provided to the FCHR showing the hours worked by all Residential Drivers in Ocala).  Mr. Andrew also benefited from the slightly higher daily hours worked in 2021 and 2022, as he was paid an hourly rate following the conversion on August 16, 2021.*

*In its position statement, Waste Pro compared the hours*

Q 3

worked by Mr. Andrew and a Caucasian driver, Douglas Jollimore.  In his rebuttal statement, Mr. Andrew noted that Mr. Jollimore was "not included in the list of 'all Residential Drivers hired in the Ocala division' that Waste Pro provided earlier . . . [and] [t]his omission demonstrates that Waste Pro's statement is meritless."  But the list of Residential Drivers provided in the position statement was for Residential Drivers hired in Ocala in 2018, the same year as Mr. Andrew, as the position statement notes.  That list was provided to show that all Residential Drivers hired during the same year as Mr. Andrew were hired as day rate employees, regardless of race.  Mr. Jollimore was hired in 2017 (also at a day rate) and thus he was not included in the list of Residential Drivers hired in 2018.

The comparison in the position statement between Mr. Andrew and Mr. Jollimore was included to show that they worked a similar number of hours, contrary to Mr. Andrew's claim that African American employees were required to work longer hours.  We also provided a spreadsheet showing to hours worked by all Residential Drivers in the Ocala division between 2018 and June 2022 with our position statement so that Mr. Andrew can make additional comparisons."

empty dumpsters businesses from February- March to December 2019 Rivera who replaced Junior Andrew and lead man Rodney started helping him to shorten route.  Stacy and Ashley were releasd for falsify documents (manager) Hr also Debbie from Hr. I junior Andrew was the commercial driver . Rivera was the one who replaced me in 2019. Only two trucks was running and Rodney lead driver drove sometimes to help other driver and not Junior Andrew. Why there is close hourly comparison because their lying on the time sheets.Mr Jollimore hours to Mr Andrew on Friday Junior Andrew would run a route which was 705 which Joe(manager) assign credit weight and hourly to Mr. Jollimore have him come in early and hang around the yard and stay out late to look like he was working more hourly . Junior Andrew did not drive a rear loader every day only when Mobley left Junior Andrew drove the side loader and curotto garbage truck vehicle that they consider commercial. That's why most black people leave because they are cheated out of hours and pay and also because manager Joe and HR falsifying documents. Thank you Junior Andrew responding to Waste P

On Wed, Jan 11, 2023 at 4:06 PM Jr Andrew <jrandrew40@yahoo.com> wrote:

ANDREW RESPONSE
Jan 11.2023

Response: There is a comparison between Mr. Andrew and Mr
.Rivera. Mr Andrew was the driver of the commercial truck that
empty dumpsters businesses from February- March to
December 2019 Rivera who replaced Junior Andrew and lead
man Rodney started helping him to shorten route.  Stacy and
Ashley were releasd for falsify documents (manager) Hr also
Debbie from Hr. I junior Andrew was the commercial driver .
Rivera was the one who replaced me in 2019. Only two trucks
was running and Rodney lead driver drove sometimes to help
other driver and not Junior Andrew. Why there is close hourly
comparison because their lying on the time sheets.Mr Jollimore
hours to Mr Andrew on Friday Junior Andrew would run a route
which was 705 which Joe(manager) assign credit weight and
hourly to Mr. Jollimore have him come in early and hang
around the yard and stay out late to look like he was working
more hourly . Junior Andrew did not drive a rear loader every
day only when Mobley left Junior Andrew drove the side loader
and curotto garbage truck vehicle that they consider
commercial. That's why most black people leave because they
are cheated out of hours and pay and also because manager
Joe and HR falsifying documents. Thank you Junior Andrew
responding toOn Wed, Jan 11, 2023 at 4:06 PM Jr Andrew
<jrandrew40@yahoo.com> wrote:

Response: There is a comparison between Mr. Andrew and Mr
.Rivera. Mr Andrew was the driver of the commercial truck that
empty dumpsters businesses from February- March to
December 2019 Rivera who replaced Junior Andrew and lead

A 2

man Rodney started helping him to shorten route.  Stacy and Ashley were releasd for falsify documents (manager) Hr also Debbie from Hr. I junior Andrew was the commercial driver . Rivera was the one who replaced me in 2019. Only two trucks was running and Rodney lead driver drove sometimes to help other driver and not Junior Andrew. Why there is close hourly comparison because their lying on the time sheets.Mr Jollimore hours to Mr Andrew on Friday Junior Andrew would run a route which was 705 which Joe(manager) assign credit weight and hourly to Mr. Jollimore have him come in early and hang around the yard and stay out late to look like he was working more hourly . Junior Andrew did not drive a rear loader every day only when Mobley left Junior Andrew drove the side loader and curotto garbage truck vehicle that they consider commercial. That's why most black people leave because they are cheated out of hours and pay and also because manager Joe and HR falsifying documents. Thank you Junior Andrew responding to Waste Pro rebuttal

Good afternoon Junior,

 As indicated, we have been in touch with opposing counsel after receiving your EEOC Notice of Right to Sue.  While we are not retained to file suit on your behalf, the Company does not know that.  As such, we are using the threat of your lawsuit to get as much money on the table as possible.  Opposing counsel's most recent response is below and attached.  In order to assist our negotiations, please provide your response to the assertions below:

Q 5

Sent from Yahoo Mail on Android

WASTE PRO USA INC
   LAWYER
MATTHEW J. PEARCE, Esq
   Jan 16, 2023

      Questions

Mr. Andrew briefly worked as a front end driver. He did not complete the probationary period because he complained about the hours.

None of these employees were terminated, much less for falsifying documents or time sheets.

A Curotto/automated side loader (ASL) truck only picks up cans from residences. It is not capable of picking up commercial containers. Here's a video that may be helpful - https://www.youtube.com/watch?v=p5xLnu-hirA&ab_channel=CityofDeltona%2CFlorida. Curotto/ASL drivers have never been classified as commercial because they collect from residences and they do not collect from dumpsters or roll-off containers. Waste Pro did not claim that Mr. Andrew drove a rear loader every day so I'm not sure what point you are responding to there. He drove a rear loader for a time and



then a Curotto/ASL truck picking up recyclables from residences.

It is unfortunate that Mr. Andrew continues to provide you with false information.

Waste Pro has no interest in Mr. Andrew's demand.  Waste Pro will likely seek sanctions in any action filed by Mr. Andrew (which it rarely does in employment cases) because none of his allegations have been borne out by the facts and he is making allegations that he must know to be untrue.

Thanks,

Matt"

On Wed, Jan 11, 2023 at 4:06 PM Jr Andrew <jrandrew40@yahoo.com> wrote:

Response: There is a comparison between Mr. Andrew and Mr .Rivera. Mr Andrew was the driver of the commercial truck that

ANDREW
REBUTTAL

EEOC have issue A Notice Right to Sue because of the investigation and Determination of Charge. 1) Probationary period doesn't last 10 months or 1 year, I worked driving the front- loader from Febraury, March to December. At first opposing counsel was comparing Apples to Apples like I never drove a front end loader which was a lie, now opposing counsel say Junior Andrew never completed  the probationary period, Is counsel providing false information or lying. Is waste pro probationary period  1year to drive a front end loader? No. , (2). Did Joe ( manager) get these documents or time sheet information from the time clock company ADP Clock in System or other time system  companies? ADP does waste pro clock time system. Is Joe and counsel lying. In 2019 Junior Andrew was working 14,15,16and17 hours sometimes  when truck breaks down with only 2 front end loader running.Today waste has 4 front end truck running present might be doing 10.74 hours today. So Joe(manager) HR documents  and time sheet are lies. (3).Truck classification looks at the gross vehicle weight rating or GVWR. It's how manufacturers label trucks based on government guidelines. A class 8 truck is a truck with GVWRS over 33001 pound plus what it's able to carry fully loaded that's why curotto Truck and sides loaders are classified as commercial and need special skills to operator trucks.Learn that in your class in Sanford(waste pro),  Joe(manager ) should have known, front end loaders pick up recyclables at apartments .Curotto trucks have a dumpster on it ,that Cans are dump into and then dumped. 4) Waste Pro,Counsel and Joe

A 4

Was comparing the hours worked by Andrew and Caucasian
driver Douglas Jollimore was close to same hours, junior
Andrew  was driving rear loader with Route 705 which is assign to
Jollimore, Joe ( manager gave Jollimore the credit weight and
hourly time to,  that why its same  compartment.  EEOC  in there
investigation would not have given determination and notice of
Right to Sue if JUNIOR ANDREW WAS LYING.

Tue, July 16, 2019
ANDREW
FRONT END LOADER
STUCK IN DIRT



*Front End Truck*

PLEASE PRINT IN BLOCK LETTERS

# CRASH AND PROPERTY DAMAGE REPORT FORM

**WASTE PRO**
Caring For Our Communities

| | |
|---|---|
| WP EMPLOYEE'S NAME | Turner Andrew |
| DATE OF BIRTH | |
| HOME ADDRESS | 79 Dogwood Loop, Ocala, FL |
| PHONE NUMBER | |
| DATE OF HIRE | |
| REGION | Central |
| DIVISION | 120 |
| TRUCK NUMBER | 904 |

## ACCIDENT DETAILS:

| | | |
|---|---|---|
| DATE OF INCIDENT: 7/10/19 | TIME OF INCIDENT: 11:45 (A.M.) OR P.M. | ADDRESS OR INTERSECTION: |
| DATE REPORTED: 7/10/19 | TIME REPORTED: 11:50 (A.M.) OR P.M. | CITY:          STATE: |

| | |
|---|---|
| DAY OF THE WEEK | 1. MON  2. TUES  3.(WED)  4. THUR  5. FRI  6. SAT  7. SUN |
| WEATHER CONDITIONS | 1.(CLEAR/DRY)  2. CLEAR/WET  3. RAINING  4. CLOUDY  5. SNOW/ICE  5. FOG (SMOKE)  6. HIGH WIND |
| HARMFUL EVENT | 1. REAR END  2. LANE/CHANGE SIDESWIPE  3. HEAD ON  4. BACKING  5. RIGHT TURN  6. LEFT TURN  7. BROADSIDE/INTERSECTION  8. HIT STATIONARY OBJECT  9. ROLLOVER  (10. EQUIPMENT FAILURE)  11. CLEARANCE EVENT  12. FIRE |
| ITEM STRUCK | 1. VEHICLE IN MOTION  2. PARKED VEHICLE  3. PEDESTRIAN  (4. ENCLOSURE/GATES)  5. LIGHT POLE  6. UTILITY POLE  7. MAILBOX  8. OVERHEAD WIRE  9. TREE  10. LAWN DAMAGE  11. OTHER_____ |
| ROADWAY TYPE | 1. INTERSTATE 65MPH +  2. INTERSTATE 55MPH  3. 4 LANE DIVIDED  5. 4 LANE  6. 2 LANE  7. PARKING LOT/PRIVATE PROPERTY  (8. DIRT)  9. GRAVEL |
| DRIVING CONDITIONS | 1. DAWN  (2. DAYLIGHT)  3. DUSK  4. DARK  5. DARK/WITH STREET LAMPS |
| SCENE | 1. CITY/URBAN  (2. RURAL/COUNTRY) |
| LINE OF BUSINESS | 1. ROLL OFF  2. RESIDENTIAL  (3.FRONT LOAD)  4. PORTABLES  5. OPS. SUPPORT  6. ADMIN SUPPORT  7. LANDFILL/MRF |
| TRUCK TYPE | 1. STRAIGHT  2. GRAPPLE  3.READ LOAD  4. ASL  5. FLCC  6. SLRCY  (7. FL)  8. TOILET  9. UTILITY  7. SEMI  8. HEAVY EQUIPMENT |
| RIGHT SIDE DRIVE OPERATION | YES  OR  (NO)  DURING INCIDENT |
| TRAFFIC CONTROL DEVICE | (1. NONE)  2. TRAFFIC SIGNAL  3. STOP SIGN  4. YIELD SIGN  5. MERGE SIGN  6. SCHOOL ZONE  7. CONSTRUCTION ZONE  8. CROSSWALK  9. OTHER_____ |
| RADIUS FROM YARD | 1. 5 MILES  2. 10 MILES  3. 15 MILES  4. 20 MILES  (5. 25 MILES)  6. 30 MILES + |
| OTHER PARTY INJURIES | (1. NONE)  2. MINOR  3. TREATED AWAY FROM SCENE  4. TRANSPORTED BY AMBULANCE  5. FATALITY |
| WP EMPLOYEE INJURY | (1. NONE)  2. MINOR  3. TREATED AWAY FROM SCENE  4. TRANSPORTED BY AMBULANCE  5. FATALITY |
| SPILL | YES  OR  (NO)  ESTIMATE OF GALLONS: |
| DAMAGE TO WP VEHICLE | 1. YES NON-DISABLING  2. YES DISABLING (TOWED)  (3. NO) |
| DOT REPORTABLE | YES= FATALITY/INJURY TREATED AWAY FROM SCENE/ VEHICLE TOWED  (NO) |
| DRUG TEST REQUIRED | LOSS OF HUMAN LIFE *OR* WP DRIVER RECEIVES A MOVING CITATION *AND* THERE IS IMMEDIATE MEDICAL TREATMENT AWAY FROM THE SCENE FOR BODILY INJURY *OR* WP DRIVER RECEIVES MOVING CITATION *AND* ONE OF THE MOTOR VEHICLES IS TOWED FROM THE SCENE |



Tue, July 2, 2019
ANDREW DUMPSTER
DUMPING DUMPSTER
FRONT END LOADER



Thu, July 11, 2019
ANDREW,
DUMPING DUMPSTER
FRONT END LOADER
Hydraulic Leak



Fri, July 12, 2019 pm 2:12
ANDREW
TRUCK REAR ENDED
FRONT END LOADER TRUCK



Fri, July 12, 2019 pm 2:12
ANDREW,
TRUCK REAR END
FRONT END LOADER



Tue, July 16, 2019
ANDREW,
FRONT END LOADER
STUCK IN DIRT
AFTER DUMPING DUMPSTER

IV. B



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)
Issued On: 01/11/2023

Junior Andrew
c/o Zane Herman, Esq.
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609

Charge No: 15D-2022-00518
EEOC Representative and email:     FRANK HERNANDEZ
State, Local and Tribal Program Manager
frank.hernandez@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
01/11/2023
Evangeline Hawthorne
Director

Waste Pro USA Inc.
c/o Matthew J. Pearce, Esq.
Stovash Case Tingley
220 North Rosalind Avenue
Orlando, FL 32801

Please retain this notice for your records.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

05/10/2022

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)*   01/11/2023     .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☒     less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V.  Relief

Junior Andrew worked front end loader truck 14, 15, 16, 17 hours without breaks Manager Joe Lourenco stated at first to Waste Pro USA Inc. counsel that Junior Andrew never was a driver of a commercial front end loader. The later stated Junior Andrew never finished the Probationary Period to over Discrimination. Junior Andrew work at front end loader from February/March-December 2019, after complaining to Corporate routes were to long again. Waste Pro Inc Ocala moved Junior Andrew stating that he was to slow. Joe Lourenco hired Carlos Rivera December 2019 at a higher wage and hourly after replace Junior Andrew was paid day rate. Manager Joe Lourenco fabricated paper work in order not to pay Junior Andrew while driving Front End Loader Curotto Truck and side loader trucks to higher wages that corporate implemented for commercial vehicles 33001 pounds or more. Douglas Jollimore driver of Curotto truck was paid as such with wages. While not compensated Junior Andrew for work done. Waste Pro USA Inc. falsified documents of hours employees worked.

When Junior Andrew reports work condition to corporate office employees would retaliate against Junior Andrew. Employees would tamper or sabotage work truck to cause harm to Junior Andrew. Employees tampered with Junior Andrew personal SUV truck by cutting valve and tires also deflating air from tires. Employees drew a picture of a penis on hood of the SUV and wrote on it. Guessing it represent that Junior Andrew was a dick. Employees would call Junior Andrew would call Junior Andrew phone all day using voice change apps, during work hours and more. Junior Andrew had to change number because of harassment. Waste Pro USA Inc. used their influence in my daughter school to fail knowledgeable daughter. Employees Tampered or Sabotage work truck, which is a natural gas fuel truck, lines three or more times trying it to explode while Junior Andrew driving truck, endangering the life of the Plaintiff.

Junior Andrew ask this court to order for Plaintiff for Exemplary Damages of amount of $100 million dollars American currencies and payment of former attorneys' fees and court cost and all other matters pertaining to this lawsuit.



## V. Relief

Junior Andrew tried to get help from Corporate Office Waste Pro Florida Inc. Longwood, Florid, Human Resource Samantha about Curotto truck natural gas lines leaks. Instead of helping Junior Andrew Waste Pro Florida Inc. came up with a Conduct Excuse to Terminate Junior Andrew. Waste Pro USA Pro Inc. Ocala Manager Joe Lourenco chooses his race over Equality.

Junior Andrew is qualified to drive and operate any vehicle in the solid waste industry, but after employers contacts Waste Pro USA Inc . Ocala former employer Waste Pro USA Inc. slander Junior Andrew name making it hard for Junior Andrew to find employment elsewhere causing emotional stress damage and loss of income.

Junior Andrew ask this court to order relief for Plaintiff for Punitive Damages of $100 Million Dollars American Currencies.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02/12/2023

Signature of Plaintiff        *Junior Orlando Andrew*

Printed Name of Plaintiff     JUNIOR  ORLANDO  ANDREW

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address